IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2013 SEP -6  P 12: 24

| | |
|---|---|
| Bobby Joe Lewis, #286070, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-2584-SB |
| ) | |
| Leroy Cartledge, Warden McCormick ) | |
| Correctional Institution, ) | **ORDER** |
| ) | |
| Respondent. ) | |
| _____) | |

This matter is before the Court upon the Petitioner's pro se motion for an extension of time to file objections to the Magistrate Judge's report and recommendation ("R&R"). The Magistrate Judge filed her R&R on August 27, 2013, and objections are currently due on or before September 13, 2013.

After review of the Petitioner's motion, the Court finds good cause to grant the Petitioner's request. Accordingly, it is hereby

**ORDERED** that the Petitioner's motion for an extension (Entry 34) is **GRANTED**, and any objections to the R&R are now due on or before October 15, 2013.

**AND IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

September 4, 2013
Charleston, South Carolina

